832

No. 502.   NEW YORK EX REL. LUTZ v. MARTIN, WARDEN. December 23, 1946.

No. 676.   GENERAL INDUSTRIES CO. v. 20 WACKER DRIVE BUILDING CORP. ET AL.   December 23, 1946.

No. 657.   PEETE v. CALIFORNIA.   January 6, 1947.

No. 693.   STEELE v. NEW YORK.   January 6, 1947.

No. 334.   FOWLER v. GILL, GENERAL SUPERINTENDENT. January 6, 1947.   The application for a rule to show cause and the motion to substitute Donald Clammer for Howard B. Gill as the party respondent are denied.   The petition for rehearing is also denied.

No. 556.   CITIES SERVICE GAS CO. v. FEDERAL POWER COMMISSION ET AL.   January 6, 1947.

No. 3.   FREEMAN, TRUSTEE, v. HEWIT, DIRECTOR OF GROSS INCOME TAX DIVISION.   January 13, 1947.

No. 454.   FLEMING ET AL., TRUSTEES, ET AL. v. TRAPHAGEN ET AL.   January 13, 1947.

No. 496.   LEE v. DEPARTMENT OF PUBLIC WELFARE ET AL.   January 13, 1947.